FILED
 2010 Oct-07  AM 08:43
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, N.A., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:09-cv-1823-TMP |
| TOMPKINS & SOMMA LLC, et al., | ) |
| Defendants. | ) |

## ORDER

On July 1, 2010, the magistrate judge filed a report and recommendation recommending that defendant Stanley Charles Stevenson be dismissed without prejudice due to lack of timely service of process. To date no objections to the report and recommendation have been filed.

Having now carefully reviewed and considered the report and recommendation, the court concludes that the report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the claims against defendant Stanley Charles Stevenson are hereby DISMISSED WITHOUT PREJUDICE.

The case is again referred to the magistrate judge for further proceedings on the remaining claims.

DONE this 7th day of October 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE